UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JELAINE EDWARDS,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. 2:16-cv-01102 DWC

ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 5. This matter is before the Court on Plaintiff's "Stipulated Motion for EAJA Fees and Costs." Dkt. 17.

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (Dkt. 17), attorney time itemization (Dkt. 17-3), and the relevant record, the Court orders EAJA attorney's fees of $3,352.12, and costs, pursuant to 28 U.S.C. § 1920, of $400.00, for a total of $3,752.12 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

1     The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Victoria B. Chhagan, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel, Victoria B. Chhagan, Douglas, Drachler, McKee & Gilbrough, 1904 Third Avenue, Seattle, WA 98101.

    Dated this 18th day of May, 2017.

                                               David W. Christel
                                               United States Magistrate Judge